OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TE~~XAS~~
PENALTY ~~FOR~~
PRIVATE USE**

U.S. POSTAGE PITNEY BOWES

$ 000.27⁵

AUG. 17. 2015.

8/12/2015
**HERNANDEZ, JAVIER**                    Ct. No. 1054441-                    WR-73,2~~~~7-04
This is to advise that the Court has denied without written order the application for
writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

JAVIER HERNANDEZ
~~~~UNIT - TDC #1421808
FM 655
ROSHARON, TX 77583

REF